UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Maureen D. Haluczak, | ) | Case No. 11-49163 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: April 4, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:           Baldi Berg & Wallace Ltd.

Authorized to Provide
Professional Services to:    Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                  February 23, 2012

Period for Which
Compensation is sought:      January 6, 2012 to Close of Case

Amount of Fees sought:       $2,500.00[1]

Amount of Expense
Reimbursement sought:        $0.00

This is an:    Interim Application __        Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-___.

Dated:  March 13, 2013              Baldi Berg & Wallace, Ltd.


                                   By:  ___/s/Elizabeth C. Berg_____
                                        Elizabeth C. Berg

---

[1] $2,500.00 is a voluntarily reduced amount.  Total value for services rendered is $3,334.00.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Maureen D. Haluczak, | ) | Case No. 11-49163 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: April 4, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**First Application for Allowance and Payment of Final Compensation
of Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

Baldi Berg & Wallace, Ltd., ("BBW"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Maureen D. Haluczak, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to BBW of (1) $2,500.00[1] as final compensation for 13.90 hours of legal services rendered to the Trustee from January 6, 2012 through the close of this case. In support thereof, BBW respectfully states as follows:

**Introduction**

1.     Debtor commenced this case on December 7, 2011 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2.     Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.     The Estate's sole asset was an interest in funds held in a bank account totaling $7,500 ("Funds") which were comprised of monies awarded to Debtor as a result of a marital property settlement.

4.     The bar date for filing claims in this case was September 21, 2012.

**Retention of BBW**

5.     On February 23, 2012, the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as her counsel in this case. A copy

Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as her counsel in this case. A copy of the order authorizing Trustee to retain BBW is attached hereto as Exhibit A. BBW has served as counsel for Trustee at all times since its retention.

6.    The professional qualifications and experience of the BBW attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee in this case are:

        Elizabeth C. Berg – Partner
        Donna B. Wallace -- Partner
        Julia D. Loper – Associate
        Ricki K. Podorovsky – Paralegal
        Jason M. Manola – Paralegal
        Stephen Beard – Law Clerk

### Prior Compensation Received

7.    This is the first and final application ("Application") for allowance and payment of compensation that BBW will file in this case.

### Services Rendered by BBW

8.    Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9.    The services rendered by BBW during the period covered by this Application have been summarized in two categories below:

General Administration:  BBW advised the Trustee as to general case administration matters including, advising the Trustee as to the Estate's interest in the Property, BBW analyzed the Debtor's entitlement to the exemption claimed in the Funds; upon determining that the Debtor's

claimed exemption was not valid, and at the request of the Trustee, BBW prepared and presented the Trustee's Objection to the Debtor's claimed exemption; upon the entry of an order disallowing the claimed exemption in the Funds, BBW advised the Trustee regarding the collection of the Funds; as requested by Trustee, BBW prepared a motion for turnover of the Funds; when Debtor failed to surrender the Funds, BBW prepared and presented the Trustee's Motion to Extend the Time to Object to Discharge in order to protect the Estate and its creditors; ultimately, Debtor and Trustee reached an agreement whereby the Debtor agreed to turnover $5,000.00 to the Estate on account of the Funds and, thereafter, BBW prepared and presented the Trustee's Motion to Approve the Compromise. In addition, BBW prepared this final fee application.

In connection with the foregoing, BBW spent 12.60 hours for which the value of the services is $3,202.00.

Retention of Professionals: BBW prepared and presented the Trustee's Motion to Employ Attorneys.

In connection with the foregoing, BBW spent 1.30 hours for which the value of the services is $132.00.

**Compensation Requested**

10.     BBW has expended a total of 13.90 hours for the services described and categorized in paragraph nine above. The total value for those services is $3,334.00. In order to provide the taxing authorities with a greater distribution on account of priorty unsecured claims, BBW voluntarily reduces its request for compensation to the amount of $2,500.00.

11.     All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested. In

those instances where two attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12.     The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters.  A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

Payment of Compensation

13.     BBW has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case, except to the extent that BBW voluntarily reduces its request for compensation as set forth herein.

14.     BBW has not previously received or been promised any payments for services rendered in this case.

15.     The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16.     The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

**Status of the Case**

17.     The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

18.     Trustee has completed and filed her Final Report simultaneously herewith.  The Final Fee Application for the Trustee has also been filed concurrently with this Application.

Financial Condition of the Case

19.     Trustee currently has approximately $5,000.00 on deposit in the Estate's bank

accounts.  The Chapter 7 administrative expenses that are currently owing and those the Trustee

anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee

in connection with her final fee application, 2) the legal fees allowed to Baldi Berg & Wallace, Ltd. in

connection with this final fee application, and 3) any other fees which may be due or outstanding to

the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

20.     Following payment of all Chapter 7 administrative expenses set forth above, Trustee

estimates there will be funds available to make a distribution to priority unsecured creditors. Trustee

estimates that there will be no funds available to make a distribution to general unsecured creditors.

### Trustee's Approval

21.     BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg & Wallace, Ltd., attorneys for Elizabeth C. Berg, as trustee,

requests the entry of an order providing the following:

A.      Allowing to Baldi Berg & Wallace, Ltd. final compensation in the voluntarily reduced

amount of $2,500.00 for actual and necessary professional services rendered to the Trustee from

January 6, 2012 through the closing of this case;

B.      Authorizing the Trustee to pay the amount awarded from the funds in the case as part

of her final distribution; and

C.      For such other and further relief as this Court deems appropriate.

Dated: February 1, 2013               Baldi Berg & Wallace, Ltd.

                                      Attorneys for Elizabeth C. Berg, as trustee of the
                                      estate of Maureen D. Haluczak, debtor


                                      By:____/s/_____
                                           Elizabeth C. Berg

Elizabeth C. Berg/Atty ID 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle St.   Suite 1500
Chicago, IL  60603
312.726.8150

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-49163 |
| | ) | |
| Maureen D. Haluczak | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Manuel Barbosa |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Authorizing Trustee to Employ Attorneys**


THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the estate of Maureen D. Haluczak, debtor, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.



Enter:

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated:  February 23, 2012

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace
19 S. LaSalle St., Suite 1500
Chicago, IL  60603
(312) 726-8150

**Baldi Berg & Wallace**
**Final Fee Application**

**Maureen D. Haluczak, Debtor**
**Case No. 11-49163**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg & Wallace, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg & Wallace, a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg & Wallace, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois.    Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute.  She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools.  She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants.  Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois.  She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

## Baldi Berg & Wallace, Ltd.

### Donna B. Wallace

Donna B. Wallace is a Partner of the firm whose expertise is in representing debtors, creditors and trustees in chapter 7, 11 and 13 proceedings. Prior to attaining her law degree, Mrs. Wallace spent fourteen years in Accounting and Finance with Rockwell International. In her last position with Rockwell, Mrs. Wallace was a Business Segment Controller where she supervised a joint venture with a Japanese Company. After graduating from law school, Mrs. Wallace joined the Bankruptcy Group at Rosenthal and Schanfield; she later joined the firm of Rathje Woodward Dyer and Burt in Wheaton, Illinois where she concentrated in bankruptcy and commercial litigation.

Mrs. Wallace is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a certified mediator and arbitrator.

Mrs. Wallace received her Juris Doctor, *with highest distinction,* from The John Marshall Law School in Chicago. At John Marshall, she received the Wall Street Journal Business Planning Award, was a member of the Law Review which published her comment on the topic of lenders liability and was elected to the Order of John Marshall. Mrs. Wallace received an undergraduate degree in Economics and a Masters Degree in Business Administration.

Mrs. Wallace has served as a part-time member of the accounting and law faculties at various colleges including College of DuPage, MacCormac College, and Roosevelt University and was Associate Professor of Paralegal Studies at Northwestern Business College prior to joining the firm.

## Baldi Berg & Wallace, Ltd.

### Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg and Wallace, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

### Jason M. Manola

Jason M. Manola is a legal assistant with the firm. Mr. Manola has worked with Baldi Berg & Wallace, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Billing Statements**

**Exhibit C**

## Baldi Berg & Wallace, Ltd.
### 19 S. LaSalle Street
### Suite 1500
### Chicago, IL 60603

**Phone:** (312) 726-8150
**Fax:**    (312) 726-5067

**FEIN:** 36-4352753

*Invoice submitted to:*

November 23, 2012
Invoice No:   02128

Elizabeth C. Berg, Trustee
Baldi Berg & Wallace, Ltd.
19 S. LaSalle St., Suite 1500
Chicago, IL 60603

## *Consolidated Summary*

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| *Haluczak - General Administration* | | | | | | | |
| | 12.60 | $3,202.00 | $0.00 | $3,202.00 | $0.00 | $0.00 | $3,202.00 |
| *Haluczak - Retention of Professionals* | | | | | | | |
| | 1.30 | $132.00 | $0.00 | $132.00 | $0.00 | $0.00 | $132.00 |

$3,334.00

Balance Due                                          $3,334.00

## Baldi Berg & Wallace, Ltd

Haluczak - General Administration

---

**In Reference to:**     *Haluczak - General Administration*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 1/06/2012 | SJB | Researched application of 5/12-1001(h)(4) in the context of debtor receiving money from former spouse in divorce settlement for his personal injury claim that arose out of an injury during the marriage. | 0.90 $100.00/ hr | $90.00 |
| 2/06/2012 | JDL | Conference with E. Berg re: claim objection (.3) Set up electronic files (.2) Review case law re: PI claim objection (1.0) | 1.50 $235.00/ hr | $352.50 |
| 2/07/2012 | JDL | Prepare Trustee's Objection to Debtor's Exemptions (1.4) Prepare turnover letter to Debtor re: checking account (.4) | 1.80 $235.00/ hr | $423.00 |
| 2/23/2012 | ECB | Court appearance to present Trustee's Objection to Debtor's Exemption; Confer with Debtor's counsel re same | 0.20 $300.00/ hr | $60.00 |
| 2/27/2012 | DBW | Meet with trustee re issues related to collecting property of the estate from Debtor (.3), review file re drafting complaint (.3), research re procedure (.2), meet with trustee re drafting turnover motion rather than complaint (.2), draft motion for turnover (.9) | 1.90 $350.00/ hr | $665.00 |
| 2/28/2012 | DBW | Complete motion for turnover (.3) and proposed order (.2) | 0.50 $350.00/ hr | $175.00 |
| 3/09/2012 | ECB | Prepare Motion& Order to Extend Time to Object to Discharge (.5) Review and revise motion for turnover (.3) | 0.80 $300.00/ hr | $240.00 |
| 3/22/2012 | ECB | Court appearance on Trustee's motion for turnover and to extend time to object to discharge | 0.20 $300.00/ hr | $60.00 |

## Baldi Berg & Wallace, Ltd

11/23/2012

Haluczak - General Administration

Page    3

| | | | | |
|---|---|---|---:|---:|
| 5/08/2012 | JDL | Prepare 2nd motion to extend deadline to object to discharge. | 0.80<br>$235.00/ hr | $188.00 |
| 5/09/2012 | JDL | Prepare letter to Debtor re: payments to Estate. (.6) Conference with E. Berg re same (.2) | 0.80<br>$235.00/ hr | $188.00 |
| 5/17/2012 | ECB | Court appearance on Motion to Extend Time to Object to Discharge | 0.20<br>$300.00/ hr | $60.00 |
| 5/18/2012 | ECB | Prepare settlement agreement letter to Debtor's counsel | 0.40<br>$300.00/ hr | $120.00 |
| 5/24/2012 | ECB | Review and revise Motion to Settle and Notice to Creditors re same | 0.50<br>$300.00/ hr | $150.00 |
| 6/14/2012 | ECB | Court appearance to present Motion to Settle with Debtor | 0.20<br>$300.00/ hr | $60.00 |
| 11/23/2012 | RKP | Prepare BBW Fee Application (1.4); coversheet, proposed order and affidavit (.3); review and edit same (.2). | 1.90<br>$195.00/ hr | $370.50 |

|  |  |
|---|---:|
| Total Fees | $3,202.00 |
| Total New Charges | $3,202.00 |
| Previous Balance | $0.00 |
| Balance Due | $3,202.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 2.40 | $350.00 |
| Elizabeth C Berg | 2.50 | $300.00 |
| Julia D Loper | 4.90 | $235.00 |
| Ricki K Podorovsky | 1.90 | $195.00 |
| Stephen J Beard | 0.90 | $100.00 |

# Baldi Berg & Wallace, Ltd

11/23/2012

Haluczak - Retention of Professionals

Page    4

**In Reference to:**  *Haluczak - Retention of Professionals*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 2/07/2012 | JMM | Drafted Motion to Employ BBW, Order & Affidavit | 1.20<br>$85.00/ hr | $102.00 |
| 2/23/2012 | ECB | Court appearance to present motion to employ counsel | 0.10<br>$300.00/ hr | $30.00 |

|  |  |
|--|--|
| Total Fees | $132.00 |
| Total New Charges | $132.00 |
| Previous Balance | $0.00 |
| Balance Due | $132.00 |

### *Timekeeper Summary*

| Name | Hours | Rate |
|------|-------|------|
| Elizabeth C Berg | 0.10 | $300.00 |
| Jason M Manola | 1.20 | $85.00 |

**Baldi Berg & Wallace**
**Final Fee Application**

**Maureen D. Haluczak, Debtor**
**Case No. 11-49163**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Maureen D. Haluczak, | ) | Case No. 11-49163 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |

**Rule 2016 Affidavit**

State of Illinois    )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.    I am a shareholder of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

2.    I have read the Application for Allowance and Payment of Final Compensation of Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg & Wallace, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.    A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.    Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd and to the extent of the voluntary reduction in the request for compensation, as more fully set forth in the Application.

5.    Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
this _15_ day of February, 2013

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**