**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                §
                                      §
HALUCZAK, MAUREEN D.                  §        Case No. 11-49163
                                      §
       Debtor(s)                      §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   
   Mr. Kenneth S. Gardner
   Clerk of the U.S. Bankruptcy Court
   19 S. Dearborn Street
   7th Floor
   Chicago  IL  60603

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
   
   11:15 a.m. on April 4, 2013
   in Courtroom 240 of the Kane County Courthouse
   100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                           Clerk of the US Bankruptcy Court


*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
HALUCZAK, MAUREEN D. § Case No. 11-49163
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ 2,500.00 | $ 0.00 | $ 2,500.00 |

Total to be paid for chapter 7 administrative expenses    $    3,750.00
Remaining Balance    $    1,250.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,029.72  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Department of the Treasury - | $ 4,029.72 | $ 0.00 | $ 1,250.00 |

Total to be paid to priority creditors $ 1,250.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 96,803.20  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fifth Third Bank | $ 10,680.97 | $ 0.00 | $ 0.00 |
| 000002 | Discover Bank | $ 11,083.40 | $ 0.00 | $ 0.00 |
| 000003 | FIFTH THIRD BANK | $ 700.00 | $ 0.00 | $ 0.00 |
| 000005 | Real Time Resolutions, Inc | $ 47,563.53 | $ 0.00 | $ 0.00 |
| 000006 | American InfoSource LP as agent for | $ 4,256.40 | $ 0.00 | $ 0.00 |
| 000007 | FIA Card Services, N.A.succ to | $ 22,518.90 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 12.74 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004B | Department of the Treasury - | $ 12.74 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors     $          0.00

Remaining Balance     $          0.00

Prepared By: /s/ Elizabeth C. Berg
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                         Case No. 11-49163-CAD
Maureen D. Haluczak                                            Chapter 7
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: pseamann               Page 1 of 3              Date Rcvd: Mar 15, 2013
                              Form ID: pdf006              Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2013.
db           +Maureen D. Haluczak,    2263 Brookwood Dr.,    South Elgin, IL 60177-3236
18143839     +A&A Tire,    2905 W. Main St.,    Saint Charles, IL 60175-1020
18143840      American Education Services,    POB 2461,    Harrisburg, PA 17105-2461
18143841     +American Home Shield,    POB 849,    Carroll, IA 51401-0849
18143843     +American National,    124 S. Main St.,    Sycamore, IL 60178-1822
18143844     +Autumn Tree Care,    3520 Commercial Ave.,    Northbrook, IL 60062-1813
18143846      Bank of America Home Loans,    7105 Corporate Dr.,    Plano, TX 75024-4100
18143847     +Brittain & Ketcham, PC,    85 Market St.,    Elgin, IL 60123-5001
18143848      Central DuPage Hospital,    Dept. 4698,    Carol Stream, IL 60122-4698
18143849      Chase,    POB 9001020,    Louisville, KY 40290-1020
18143850      Chase,    ATTN: Finance Loan Disbursements,    POB 848104,    Boston, MA 02284-8104
18143851      Chase Mastercard,    POB 15298,    Wilmington, DE 19850-5298
18143852      Cindy Rauschenberger, DDS,    1209 Dundee Ave.,    Elgin, IL 60120-2256
18143854      Delnor Community Hospital,    Payment Processing Center,    POB 71185,    Chicago, IL 60694-1185
18143855     +Dennis A. Brebner & Assoc.,    860 Northpoint Blvd.,    Waukegan, IL 60085-8211
18143857      Echelon Recovery, Inc.,    POB 1880,    Voorhees, NJ 08043-7880
19184087      FIA Card Services, N.A.succ to,    Bank of America, N.A. MBNA America Bank,,    PO Box 15102,
               Wilmington, DE 19886-5102
19076351     +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
18143858      Fifth Third Mastercard,    POB 740789,    Cincinnati, OH 45274-0789
18143859     +Fox Valley Women & Child,    3310 W. Main St., Ste. 200,    Saint Charles, IL 60175-1024
18143860      GMAC Mortgage,    POB 9001719,    Louisville, KY 40290-1719
18143861    #+Greenbrook Area 1,    1908 Wright Blvd.,    Schaumburg, IL 60193-4587
18143863      Kane Anesthesia Associate,    345346 Eagle Way,    Chicago, IL 60678-1345
18143865      Key Bank,    POB 94968,    Cleveland, OH 44101-4968
18143867      LabCorp,    POB 2240,    Burlington, NC 27216-2240
18143868      Laboratory Physicians, LLC,    POB 10200,    Peoria, IL 61612-0200
18143869     +MetLife Home Loans,    4000 Horizon Way, Ste. 100,    Irving, TX 75063-2260
18143870     +Michael C. Poper, PC,    130 Cass St.,    Woodstock, IL 60098-3254
18143871      Midwest Surgery, SC,    2210 Dean St.,    Saint Charles, IL 60175-1059
18143873      National Car Rental,    Credit/Collection Dept.,    POB 402345,    Atlanta, GA 30384-2345
18143875     +Pathology Consultants, SC,    POB 724,    Geneva, IL 60134-0724
18143876     +Ronald Haluczak,    840 W. Main St.,    Saint Charles, IL 60174-1743
18143877      Selfreliance Visa,    POB 4521,    Carol Stream, IL 60197-4521
18143878      South Elgin & Countryside FDP,    POB 457,    Wheeling, IL 60090-0457
18143879     +Surgery Group, SC,    1665 South Street,    Geneva, IL 60134-2571
18143880      Thornwood HOA,    POB 66637,    Chicago, IL 60666-0637
18143881     +Tri City Radiology,    9410 Compubill Dr.,    Orland Park, IL 60462-2627
18143882     +Valley Family Medicine,    2900 Foxfield Rd., Ste. 101,    Saint Charles, IL 60174-5799
18143883     +Windy City Anesthesia, PC,    21120 Washington Parkway,    Frankfort, IL 60423-3112
18143884      Womancare PC,    POB 4543,    Carol Stream, IL 60197-4543

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19152134      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2013 02:51:29
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK 73126-8941
18143842     +E-mail/Text: bkrpt@retrievalmasters.com Mar 16 2013 02:37:04     American Medical Collection,
               4 Westchester Plaza, Ste. 110,    Elmsford, NY 10523-1615
18143853     +E-mail/Text: nawrocki_d@cityofelgin.org Mar 16 2013 04:44:22     City of Elgin,
               150 Dexter Court,    Elgin, IL 60120-5555
18143862      E-mail/Text: cio.bncmail@irs.gov Mar 16 2013 02:32:37     Department of the Treasury -,
               Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
18143856      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 16 2013 02:52:40     Discover,    POB 6103,
               Carol Stream, IL 60197-6103
19082010      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 16 2013 02:52:40     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18277131      E-mail/Text: ECF@SHERMETA.COM Mar 16 2013 04:26:50     JPMorgan Chase Bank, N.A.,
               c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI 48308-0908
18143864      E-mail/Text: ebnsterling@weltman.com Mar 16 2013 02:36:32     Kay Jewelers,    POB 740425,
               Cincinnati, OH 45274-0425
18143866      E-mail/Text: bnckohlsnotices@becket-lee.com Mar 16 2013 02:36:22     Kohl's,
               Bill Payment Center,    POB 2983,    Milwaukee, WI 53201-2983
18143874     +E-mail/Text: bankrup@aglresources.com Mar 16 2013 02:35:48     NICOR - Northern IL Gas Co.,
               Attn: Bank. & Collections,    POB 549,    Aurora, IL 60507-0549
19125562      E-mail/Text: bkdepartment@rtresolutions.com Mar 16 2013 04:31:10     Real Time Resolutions, Inc,
               1349 Empire Central Dr. Ste #150,    P.O. Box 36655,    Dallas, Tx 75235
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-1              User: pseamann               Page 2 of 3             Date Rcvd: Mar 15, 2013
                                  Form ID: pdf006              Total Noticed: 51

19082235*     +FIFTH THIRD BANK,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
18143845    ##Bank of America,    POB 15026,   Wilmington, DE 19850-5026
18143872   ##+Modern Brick & Landscape,    POB 278,   Brookfield, IL 60513-0278
                                                                                    TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2013**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: pseamann              Page 3 of 3                   Date Rcvd: Mar 15, 2013
                               Form ID: pdf006             Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2013 at the address(es) listed below:

          Andrew J Nelson    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP anelson@atty-pierce.com, northerndistrict@atty-pierce.com
          Carl F. Safanda, Esq    on behalf of Debtor Maureen D. Haluczak rsafanda@xnet.com
          Elizabeth C Berg    bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
          Julia D Loper    on behalf of Trustee Elizabeth C Berg jloper@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                     TOTAL: 6