# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HALUCZAK, MAUREEN D. | § | Case No. 11-49163 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Elizabeth C. Berg, Trustee _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American National 124 S. Main St. Sycamore, IL 60178 |  |  |  |  |  |
|  | Bank of America Home Loans 7105 Corporate Dr. Plano, TX 75024-4100 |  |  |  |  |  |
|  | Chase POB 9001020 Louisville, KY 40290-1020 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Mortgage POB 9001719 Louisville, KY 40290-1719 | | | | | |
| | MetLife Home Loans 4000 Horizon Way, Ste. 100 Irving, TX 75063 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG, TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | DEPARTMENT OF THE TREASURY - | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A&A Tire 2905 W. Main St. Saint Charles, IL 60175 | | | | | |
| | American Education Services POB 2461 Harrisburg, PA 17105-2461 | | | | | |
| | American Home Shield POB 849 Carroll, IA 51401 | | | | | |
| | American Medical Collection 4 Westchester Plaza, Ste. 110 Elmsford, NY 10523 | | | | | |
| | Autumn Tree Care 3520 Commercial Ave. Northbrook, IL 60062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brittain & Ketcham, PC 85 Market St. Elgin, IL 60123 | | | | | |
| | Central DuPage Hospital Dept. 4698 Carol Stream, IL 60122-4698 | | | | | |
| | Chase ATTN: Finance Loan Disbursements POB 848104 Boston, MA 02284-8104 | | | | | |
| | Chase Mastercard POB 15298 Wilmington, DE 19850-5298 | | | | | |
| | Cindy Rauschenberger, DDS 1209 Dundee Ave. Elgin, IL 60120-2256 | | | | | |
| | City of Elgin 150 Dexter Court Elgin, IL 60120 | | | | | |
| | Delnor Community Hospital Payment Processing Center POB 71185 Chicago, IL 60694-1185 | | | | | |
| | Dennis A. Brebner & Assoc. 860 Northpoint Blvd. Waukegan, IL 60085 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Echelon Recovery, Inc. POB 1880 Voorhees, NJ 08043-7880 | | | | | |
| | Fox Valley Women & Child 3310 W. Main St., Ste. 200 Saint Charles, IL 60175-1059 | | | | | |
| | Greenbrook Area 1 1908 Wright Blvd. Schaumburg, IL 60193 | | | | | |
| | Kane Anesthesia Associate 345346 Eagle Way Chicago, IL 60678-1345 | | | | | |
| | Kay Jewelers POB 740425 Cincinnati, OH 45274-0425 | | | | | |
| | Key Bank POB 94968 Cleveland, OH 44101-4968 | | | | | |
| | Kohl's Bill Payment Center POB 2983 Milwaukee, WI 53201-2983 | | | | | |
| | LabCorp POB 2240 Burlington, NC 27216-2240 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Laboratory Physicians, LLC POB 10200 Peoria, IL 61612-0200 | | | | | |
| | Michael C. Poper, PC 130 Cass St. Woodstock, IL 60098 | | | | | |
| | Midwest Surgery, SC 2210 Dean St. Saint Charles, IL 60175-1059 | | | | | |
| | Modern Brick & Landscape POB 278 Brookfield, IL 60513 | | | | | |
| | NICOR - Northern IL Gas Co. Attn: Bank. & Collections POB 549 Aurora, IL 60507 | | | | | |
| | National Car Rental Credit/Collection Dept. POB 402345 Atlanta, GA 30384-2345 | | | | | |
| | Pathology Consultants, SC POB 724 Geneva, IL 60134 | | | | | |
| | Selfreliance Visa POB 4521 Carol Stream, IL 60197-4521 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | South Elgin & Countryside FDP POB 457 Wheeling, IL 60090-0457 | | | | | |
| | Surgery Group, SC 1665 South Street Geneva, IL 60134 | | | | | |
| | Thornwood HOA POB 66637 Chicago, IL 60666-0637 | | | | | |
| | Tri City Radiology 9410 Compubill Dr. Orland Park, IL 60462-4690 | | | | | |
| | Valley Family Medicine 2900 Foxfield Rd., Ste. 101 Saint Charles, IL 60174 | | | | | |
| | Windy City Anesthesia, PC 21120 Washington Parkway Frankfort, IL 60423 | | | | | |
| | Womancare PC POB 4543 Carol Stream, IL 60197-4543 | | | | | |
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | FIA CARD SERVICES, N.A.SUCC TO | | | | | |
| 000001 | FIFTH THIRD BANK | | | | | |
| 000003 | FIFTH THIRD BANK | | | | | |
| 000005 | REAL TIME RESOLUTIONS, INC | | | | | |
| 000004B | DEPARTMENT OF THE TREASURY - | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-49163 CAD Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | HALUCZAK, MAUREEN D. | Date Filed (f) or Converted (c): | 12/07/11 (f) |
| | | 341(a) Meeting Date: | 01/09/12 |
| For Period Ending: | 07/08/13 | Claims Bar Date: | 09/21/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family residence 2263 Brookwood Dr. South E | 390,000.00 | 0.00 | | 0.00 | FA |
| 2. Single-family residence 5861 Chatsworth Ct. Hanove | 100,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking, 1st Am. Bank, South Elgin, IL | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Checking, 1st Am. Bank, South Elgin, IL Funds from marital settlement | 7,500.00 | 5,000.00 | | 5,000.00 | FA |
| 5. Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 7. IRA | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. 1/2 ex-spouse pension | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2003 Hyundai Santa Fe | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. 2002 Jaguar XKR | 12,375.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $520,225.00 | $5,000.00 | | $5,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee successfully objected to Debtor's claim of exemption in $7,500 marital property settlement obtained in prepetition divorce. Trustee settled claim to recover same from Debtor for lump sum payment of $5,000.00. Trustee has reviewed claims and prepared final report to make distribution to IRS on account of priority tax claim.

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

/s/     Elizabeth C. Berg, Trustee

FORM 1 - HALUCZAK

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-49163   CAD   Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | HALUCZAK, MAUREEN D. | Date Filed (f) or Converted (c): | 12/07/11 (f) |
| | | 341(a) Meeting Date: | 01/09/12 |
| | | Claims Bar Date: | 09/21/12 |

_____ Date: 07/08/13

ELIZABETH C. BERG, TRUSTEE

Page: 1

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-49163  -CAD | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | HALUCZAK, MAUREEN D. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******7250  Checking Account |
| Taxpayer ID No: | *******2691 | | |
| For Period Ending: | 07/08/13 | Blanket Bond (per case limit): | $   100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/05/12 | 4 | Maureen D. Haluczak 2263 Brookwood Drive South Elgin  IL  60177 | Proceeds from Marital Settlement $7,500 in bank account as of petition date representing money received as part of marital settlement; debtor claimed exemption in funds; Trustee's objection to exemption was sustained per court order 2/23/12; Trustee made demand for turnover of funds; ultimately, Trustee's settlement with  Debtor was approved on 6/14/12 for turnover of $5,000 | 1129-000 | 5,000.00 | | 5,000.00 |
| 04/05/13 | 003001 | Elizabeth C. Berg, Trustee c/o Baldi Berg & Wallace 19 S. LaSalle St.  #1500 Chicago  IL  60603 | Trustee Compensation | 2100-000 | | 1,250.00 | 3,750.00 |
| 04/05/13 | 003002 | Baldi Berg & Wallace, LLC 19 S. LaSalle St.  #1500 Chicago  IL  60603 | TR's Attorney Final Compensation | 3110-000 | | 2,500.00 | 1,250.00 |
| 04/05/13 | 003003 | Department of the Treasury - Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | Claim 000004A, Payment 31.01952% | 5800-000 | | 1,250.00 | 0.00 |

| | Page Subtotals | 5,000.00 | 5,000.00 |
|---|---|---|---|

Ver: 16.05c

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          11-49163  -CAD
Case Name:     HALUCZAK, MAUREEN D.

Taxpayer ID No:  *******2691
For Period Ending:  07/08/13

Trustee Name:              Elizabeth C. Berg, Trustee
Bank Name:                 Congressional Bank
Account Number / CD #:    *******7250  Checking Account

Blanket Bond (per case limit):    $   100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| COLUMN TOTALS | | 5,000.00 | 5,000.00 | | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | | |
| Subtotal | | 5,000.00 | 5,000.00 | | |
| Less:  Payments to Debtors | | | 0.00 | | |
| Net | | 5,000.00 | 5,000.00 | | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******7250 | 5,000.00 | 5,000.00 | 0.00 |
| ------------------------ | ------------------------ | ------------------------ | ------------------------ |
| | 5,000.00 | 5,000.00 | 0.00 |
| ============ | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*